# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MERRILL LOGAN and SHIRLEY LOGAN,
individually and as trustees of the Logan Family Trust         PLAINTIFFS

v.                          No. 1:11-cv-5-DPM

XTO ENERGY, INC.                                                DEFENDANT

## ORDER

This case has settled. The Court congratulates the parties. The Logans' motion for voluntary dismissal, № 61, is granted. Their complaint is dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 July 2013