IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MERRILL LOGAN and SHIRLEY LOGAN,
individually and as trustees of the Logan Family Trust     PLAINTIFFS

v.     No. 1:11-cv-5-DPM

XTO ENERGY, INC.     DEFENDANT

## ORDER

This case has settled. The Court congratulates the parties. The Logans' motion for voluntary dismissal, № 61, is granted. Their complaint is dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 July 2013