IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MERRILL LOGAN and SHIRLEY LOGAN,
individually and as trustees of the Logan Family Trust            PLAINTIFFS

v.                              No. 1:11-cv-5-DPM

XTO ENERGY, INC.                                                  DEFENDANT

## JUDGMENT

The Logans' complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 July 2013